# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, DAMON JONES, CRAIG BROWNLEE, RAHDNEE ODEN-PRITCHETT, TATE STANFORD, AND ELIJAH BRONAUGH, individually and on behalf of a class of similarly situated persons;<br><br>Plaintiffs,<br><br>v.<br><br>JILL RANGOS, ADMINISTRATIVE JUDGE, in her official capacity;<br><br>FRANK SCHERER, DIRECTOR OF ADULT PROBATION AND PAROLE, in his official capacity;<br><br>ANTHONY MARIANI AND KELLY BIGLEY, COURT OF COMMON PLEAS JUDGES, in their official and individual capacities;<br><br>CHARLENE CHRISTMAS, ROBERT O'BRIEN, STEPHEN ESSWEIN, AND RENAWN HARRIS, PROBATION HEARING OFFICERS, in their official and individual capacities;<br><br>And ORLANDO HARPER, in his official capacity. | Case No. 22-cv-1391 |

**NOTICE OF APPEARANCE**

Counsel, Bret Grote, Esquire, hereby enters his appearance on behalf of Plaintiffs in the above-captioned case.

*/s/ Bret Grote*
PA I.D. No. 317273
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221
Telephone:  (412) 654-9070
bretgrote@abolitionistlawcenter.org
