# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, DAMON JONES, CRAIG BROWNLEE, RAHDNEE ODEN-PRITCHETT, TATE STANFORD, AND ELIJAH BRONAUGH, individually and on behalf of a class of similarly situated persons; <br><br> Plaintiffs, <br><br> v. <br><br> JILL RANGOS, ADMINISTRATIVE JUDGE, in her official capacity; <br><br> FRANK SCHERER, DIRECTOR OF ADULT PROBATION AND PAROLE, in his official capacity; <br><br> ANTHONY MARIANI AND KELLY BIGLEY, COURT OF COMMON PLEAS JUDGES, in their official and individual capacities; <br><br> CHARLENE CHRISTMAS, ROBERT O'BRIEN, STEPHEN ESSWEIN, AND RENAWN HARRIS, PROBATION HEARING OFFICERS, in their official and individual capacities; <br><br> And ORLANDO HARPER, in his official capacity. | Case No. 22-cv-1391 |

**NOTICE OF APPEARANCE**

Counsel, Dolly Prabhu, Esquire, hereby enters her appearance on behalf of Plaintiffs in the above-captioned case.

*/s/ Dolly Prabhu*
PA I.D. No. 328999
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221
Telephone: (610) 716-8381
dprabhu@alcenter.org