UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, DAMON JONES, CRAIG BROWNLEE, RAHDNEE ODEN-PRITCHETT, TATE STANFORD, AND ELIJAH BRONAUGH,<br>individually and on behalf of a class of similarly situated persons;<br><br>       Plaintiffs,<br><br>v.<br><br>JILL RANGOS, ADMINISTRATIVE JUDGE, in her official capacity;<br><br>FRANK SCHERER, DIRECTOR OF ADULT PROBATION AND PAROLE, in his official capacity;<br><br>ANTHONY MARIANI AND KELLY BIGLEY, COURT OF COMMON PLEAS JUDGES, in their official and individual capacities;<br><br>CHARLENE CHRISTMAS, ROBERT O'BRIEN, STEPHEN ESSWEIN, AND RENAWN HARRIS, PROBATION HEARING OFFICERS, in their official and individual capacities;<br><br>And ORLANDO HARPER, in his official capacity.<br><br>       Defendants. | Civil Action No. 2:22-CV-1391 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LEONARD J. LAURENCEAU**

  Leonard J. Laurenceau, undersigned counsel for Plaintiffs Dion Horton, Damon Jones, Craig Brownlee, Rahdnee Oden-Pritchett, Tate Stanford, and Elijah Bronaugh, hereby moves that Leonard J. Laurenceau be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Dion Horton, Damon Jones, Craig

Brownlee, Rahdnee Oden-Pritchett, Tate Stanford, and Elijah Bronaugh in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Leonard J. Laurenceau filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: October 6, 2022

/s/ Leonard J. Laurenceau_____

Leonard J. Laurenceau (Fl. Bar. No.106987)
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Phone: (202) 844-4975
Fax: (202) 609-8030
leo@civilrightscorps.org
Counsel for Plaintiffs