UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, DAMON JONES, CRAIG BROWNLEE, RAHDNEE ODEN-PRITCHETT, TATE STANFORD, AND ELIJAH BRONAUGH, individually and on behalf of a class of similarly situated persons;<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JILL RANGOS, ADMINISTRATIVE JUDGE, in her official capacity;<br><br>FRANK SCHERER, DIRECTOR OF ADULT PROBATION AND PAROLE, in his official capacity;<br><br>ANTHONY MARIANI AND KELLY BIGLEY, COURT OF COMMON PLEAS JUDGES, in their official and individual capacities;<br><br>CHARLENE CHRISTMAS, ROBERT O'BRIEN, STEPHEN ESSWEIN, AND RENAWN HARRIS, PROBATION HEARING OFFICERS, in their official and individual capacities;<br><br>And ORLANDO HARPER, in his official capacity.<br><br>　　　　　　　　　　Defendants. | Civil Action No. <u>2:22-CV-1391</u> |

**AFFIDAVIT OF LEONARD J. LAURENCEAU IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

　　　　I, Leonard J. Laurenceau, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Dion Horton, Damon Jones, Craig Brownlee, Rahdnee Oden-Pritchett, Tate Stanford,

and Elijah Bronaugh in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Leonard J. Laurenceau, being duly sworn, do hereby depose and say as follows:

1. I am a Lawyer of the law firm Civil Rights Corps.

2. My business address is 1601 Connecticut Ave. NW, Suite 800, Washington, D.C., 20009.

3. I am a member in good standing of the bars of Florida, New York, the Southern District of Florida, and the Northern District of Florida.

4. My bar identification numbers are 106987 (Florida) and 5772231(New York).

5. A current certificate of good standing from Florida is attached to this Affidavit as Exhibit 1.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 6, 2022 /s/ Leonard J. Laurenceau

Leonard J. Laurenceau