# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, DAMON JONES, CRAIG BROWNLEE, RAHDNEE ODEN-PRITCHETT, TATE STANFORD, AND ELIJAH BRONAUGH, individually and on behalf of a class of similarly situated persons; <br><br> Plaintiffs, <br><br> v. <br><br> JILL RANGOS, ADMINISTRATIVE JUDGE, in her official capacity; <br><br> FRANK SCHERER, DIRECTOR OF ADULT PROBATION AND PAROLE, in his official capacity; <br><br> ANTHONY MARIANI AND KELLY BIGLEY, COURT OF COMMON PLEAS JUDGES, in their official and individual capacities; <br><br> CHARLENE CHRISTMAS, ROBERT O'BRIEN, STEPHEN ESSWEIN, AND RENAWN HARRIS, PROBATION HEARING OFFICERS, in their official and individual capacities; <br><br> And ORLANDO HARPER, in his official capacity. <br><br> Defendants. | Civil Action No. 2:22-CV-1391 |

**PLAINTIFFS' PROPOSED ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF LEONARD J. LAURENCEAU**

The Court has reviewed the Plaintiffs' motion for admission of attorney Leonard J. Laurenceau *pro hac vice*. Upon consideration of that motion, the Court grants attorney Leonard J. Laurenceau *pro hac vice* admission to this Court in the above-captioned matter.

Dated: October 11, 2022 /s/_____

J. Nicholas Ranjan

United States District Judge