IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, DAMON JONES, CRAIG BROWNLEE, RAHDNEE ODEN-PRITCHETT, TATE STANFORD, and ELIJAH BRONAUGH, individually and on behalf of a class of similarly situated persons; | Civil Action<br><br>No. 2:22-cv-1391 |
| Plaintiff, | |
| v. | |
| JILL RANGOS, ADMINISTRATIVE JUDGE, in her official capacity; FRANK SCHERER, DIRECTOR OF ADULT PROBATION AND PAROLE, in his official capacity; ANTHONY MARIANI AND KELLY BIGLEY, COURT OF COMMON PLEAS JUDGES, in their official and individual capacities; CHARLENE CHRISTMAS, ROBERT O'BRIEN, STEPHEN ESSWEIN, and RENAEN HARRIS, PROBATION AND HEARING OFFICERS, in their official and individual capacities; and ORLANDO HARPER, in his official capacity. | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

To: Clerk, U.S. District Court for the Western District of Pennsylvania

Please enter my appearance as counsel on behalf of Defendant ORLANDO HARPER.

Respectfully submitted,

***/s/ Dennis Biondo, Jr.***
Dennis Biondo, Jr.

Assistant County Solicitor
Pa. I.D. #307908

ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1053

dennis.biondojr@alleghenycounty.us

## CERTIFICATE OF SERVICE

I, John A. Bacharach, Assistant County Solicitor, do hereby certify that a true and correct copy of the NOTICE OF APPEARANCE was served electronically upon all counsel of record:

Sumayya Saleh (D.C. 1743427)
sumayya@civilrightscorps.org
Katherine Hubbard (D.C. 1500503)*
katherine@civilrightscorps.org
Leo Laurenceau (FL 106987)*†
leo@civilrightscorps.org
CIVIL RIGHTS CORPS

Dolly Prabhu (PA 328999)
dprabhu@alcenter.org
Jaclyn Kurin (D.C. 1600719)*
jkurin@alcenter.org
Bret Grote (PA 317273)
bretgrote@abolitionistlawcenter.org
ABOLITIONIST LAW CENTER
PO Box 8654
Pittsburgh, PA 15221
Phone: (412) 654-9070

/s/ Dennis Biondo Jr.
Dennis Biondo, Jr.
Assistant County Solicitor

Date: October 11, 2022