# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JILL RANGOS, *et al.*, <br><br> Defendants. | Case No. 22-cv-1391 |

## PLAINTIFFS' MOTION TO EXTEND TIME FOR PRELIMINARY INJUNCTION REPLY BRIEF

Yesterday, Defendants filed their briefs in response to Plaintiffs' motion for preliminary injunctive relief. Docs. 83-85. Under the operative scheduling order, Plaintiffs' reply briefs are due this coming Monday, March 20, 2023—only four days later. Doc. 61 at 2. Plaintiffs seek a one week extension to file their reply briefs.[1]

Plaintiffs' motion and Defendants' responses implicate complex legal and factual issues. Additional time would aid Plaintiffs in distilling the disputed issues for the Court's and Defendants' benefit, in advance of the preliminary injunction hearing. And such an expedited briefing schedule is no longer necessary. At the time the Court set the March 20 deadline, the preliminary injunction hearing was scheduled to take place on March 22, 2023. Doc. 61 at 2. But the hearing has since been rescheduled until April 18, 2023. Doc. 79. As such, Plaintiffs seek to extend the deadline to submit their reply briefs until March 27, 2023.

---

[1] Defendants Warden Harper, Judge Rangos, and Frank Scherer consent to this request. Counsel for Defendant Judge Mariani has not yet responded to Plaintiffs' emails or phone call.

Respectfully submitted this 17th day of March, 2023.

/s/ Sumayya Saleh
Sumayya Saleh (D.C. 1743427)
sumayya@civilrightscorps.org
Katherine Hubbard (D.C. 1500503)*
katherine@civilrightscorps.org
Leonard J. Laurenceau (Fla. 106987)*
leo@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Phone: (202) 894-6132

/s/ Dolly Prabhu
Dolly Prabhu (PA 328999)
dprabhu@alcenter.org
Jaclyn Kurin (D.C. 1600719)*
jkurin@alcenter.org
Bret Grote (PA 317273)
bretgrote@abolitionistlawcenter.org
ABOLITIONIST LAW CENTER
PO Box 8654
Pittsburgh, PA 15221
412-654-9070

* Appearing *pro hac vice* in accordance with Local Rule LCvR 83.2(B)