# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JILL RANGOS, *et al.*, <br><br> Defendants. | Case No. 22-cv-1391 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME FOR PRELIMINARY INJUNCTION REPLY BRIEF

Yesterday, Defendants filed their briefs in response to Plaintiffs' motion for preliminary injunctive relief. Docs. 83-85. Under the operative scheduling order, Plaintiffs' reply briefs are due this coming Monday, March 20, 2023—only four days later. Doc. 61 at 2. Plaintiffs seek a one week extension to file their reply briefs. Given that the preliminary injunction hearing will not take place until April 18, 2023, *see* Doc. 79, the Court finds that Plaintiffs' motion should be granted. Plaintiffs have until March 27, 2023, to submit their optional reply briefs.

**SO ORDERED**, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

1