**Smart Communications/PADOC**
SCI- Greene
Name Phillip Petwell
Number NX 8693
PO Box 33028
St Petersburg FL 33733

PA DEPT OF
CORRECTIONS
INMATE MAIL

U.S.D.C. - W.D.
700 Grant St STE 3110
Pgh, Pa, 15219

Via: "Mailbox (Friday) Mt" on 5-31-23 -ft

Attn: Deputy Clerk C. Bess

1521981957 CO54


US POSTAGE ~ PITNEY BOWES
ZIP 15370
02 4W
0000383425 JUN 01 2023
$ 000.60⁰