UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DION HORTON, et. al.;

    Plaintiffs,

v.

JILL RANGOS, ADMINISTRATIVE JUDGE, et. al.

    Defendants.

Case No.  22-cv-1391

## LIST OF EXHIBITS

| Exhibit No. | Exhibit Description |
|:---:|:---:|
| 1 | *Allison v. Allen* (No. 19-cv-1126) Consent Preliminary Injunction |
| 2 | Alamance County Administrative Order re: Pretrial Release Policy |