IN THE UNITED STATES DISTRICT COURT, W.D. Pa, Pgh.

HORTON, et al V. RANGOS, et al  |  NO: 2:22-CV-1391-NR

FILED JUN 15 2023 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

## INTERVENOR PHILLIP REHWALD'S MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO THE DEFENDANTS BRIEFS DUE 6-2-2023

Intervenor PHILLIP REHWALD hereby moves to extend the deadline to answer or otherwise respond to Defendant(s) Brief(s) Due 6-2-2023:

1. On June 2, 2023, Defendants filed a Supplemental Brief in opposition to Preliminary Injunction.

2. Intervenor PHILLIP REHWALD petitions this Honorable Court explicitly rule that J. RANGOS remains unprotected by immunity, pursuant to Rhoades, US [sic] inter alia.

3. Intervenor additionally petitions this Honorable Court both significantly widen the claims and defendants involved here-in, to additionally Joinder Allegheny County Public [UNDER-funded] Defenders Office + chief Matthew Dugan et al. as responsible culpable actor(s), "in concert" with Rangos + Scherer, pursuant to Bradley, S.C.O.P.A. 2021 (holding I.A.C.(s) "even on appeal") including this instant Federal Appeal, (upheld by Federal "Erie Doctrine") — eliminating occasion for unmerited interlocutory appeal and the unnecessary stay of proceedings at further expense to taxpayers as in appropriate, and imprudent drain on judicial resources.

[See: Adam Kuren + Steven Allabaugh vs. Luzerne County, PA ✓ S.C.O.P.A.]

4. Intervenor respectfully reiterates prior pleading to Joinder as Co Plaintiff.

5. Intervenor has conferred with at least two (2) counsel(s) for Defendants, of which neither have opposed Intervenor's "Writ For Extraordinary Relief" at No. 30 WM 2023 S.C.O.P.A.-W.D. wherein Intervenor's (identical) "Non-Curable" [declared] "Absolute Nullity" "Dead-head" (caput mortuum) claim of no-not-one Gagnon Prelim Hearing (US CONST 14TH AMED'T DUE PROCESS VIOLATION) meritorious claim fully supported by Record-Based-Evidence as replete and overripe; and that, with an additional counsel for the Defendants, who has properly identified Phillip Rehwald as "Intervenor" and proposed Plaintiff.

6. Upon information and belief, granting an extension will neither substantially nor unreasonably delay this case, and given the above, may actually expedite it and conserve resources for all parties and this Honorable Court.

7. Intervenor submits the foregoing circumstances constitute good cause to extend the deadline to answer until 14 days after this Honorable Court's adjudication of Intervenor's Motion(s). Accord F.R.C.P. 6(b).

WHEREFORE, Intervenor respectfully requests this Honorable Court enter the attached order extending the deadline to respond to 14 days after its adjudication of Intervenor's aforesaid Motions.

DATED: June 10, 2023

Respectfully Submitted,
x _Phillip Rehwald_
Phillip Rehwald, Pro Se
# NX8643 SCI Greene
175 Progress Drive
Waynesburg, Pa. 15370-8090

IN THE UNITED STATES DISTRICT COURT, W.D. Pa, Pgh.

HORTON, et al v. BANGOS et al / No 2:22-CV-1391-NR

[PROPOSED] ORDER GRANTING <u>INTERVENOR PHILLIP REHWALD'S</u>
<u>MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND</u>
<u>TO DEFENDANTS BRIEFS DUE 6-2-2023</u>

A. AND NOW, Intervenor's Motion to Extend Deadline to Answer or Respond to Defendants' Briefs Due 6-2-2023 is <u>GRANTED</u>. Intervenor may answer or otherwise respond to Defendants' Briefs within 14 days of this Court's entry of an order granting his pending motions; and

B. Intervenor's Motion to Joinder Allegheny County Public Defender's Office and Chief Matthew Dugan et al as Co-Defendants is <u>GRANTED</u>; and

C. Intervenor's Motion [2nd] to Joinder himself as Co-Plaintiff is <u>GRANTED</u>.

DATED this _____ day of _____, 202_.

BY THE COURT,

_____
United States District Judge

# PROOF OF SERVICE

I, __PHILLIP REHWALD__, do hereby certify that I have served a true and correct copy of the foregoing Petition / Motion / Brief, to the parties and in the manner listed below. This service satisfies the requirements of the **Pa.R.Crim.P. Rules 576** and **577**. This service also satisfies the requirements of the "Prisioner's Mailbox Act;" *Commonwealth v. Jones*, 700 A.2d 423 (Pa. 1997); and *Houston v. Lack*, 486 US 266 (1988).

Service by First Class Mail:

| | |
|---|---|
| USDC - W.D. Pa, Pgh | Mr. Wolthy, Esq. D.A. |
| 700 Grant St. Rm 3110 | Alleg County DA Office |
| Pgh, Pa 15219-1906 | 401 Court House |
| | Pgh, Pa 15219 |
| Michael Daley, Esq. PA # 77212 | |
| Admin Office of PA Courts | |
| 1515 Market St STE 1414 | |
| Phila, Pa 19102 | |

Date: 6-16-23

⊗ *Phillip Rehwald*
PHILLIP REHWALD
DOC# NX8693
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370