US POSTAGE PITNEY BOWES
ZIP 15370 $ 000.60⁰
02 4W
0000383425 JUN 12 2023

Smart Communications/PADOC

SCI- Greene

Name Phillip Roberts

Number MX 8693

PO Box 33028

St Petersburg FL 33733

legal mail →

PA DEPT OF
CORRECTIONS
INMATE MAIL

USDC-W.D.
700 Grant St
Rm 3110
[Pgh, PA 15219 — 1906

✓ Via "Prisoner Mailbox Act" on 6-10-2023 YR.

(Motion To Extend Answer Deadline;
Joshua Pub Def Office;
and Jordan as Co-Mailiff)

In re 2:22-1391-NR
1391
(PA)