# IN THE UNITED STATES DISTRICT COURT - Western District, Pittsburgh, Pa

Dion Horton, et al, Plaintiffs

v.

Adminstrative Judge Jill RANGOS, et al.

Civil Case No.: 2:22-cv-1391-NR

## MOVANT PHILLIP REHWALD'S ANSWER TO DEFENDANTS' BRIEF[S]

## & MOTION FOR PRELIMINARY INJUNCTION

**AND NOW,** comes MOVANT PHILLIP REHWALD, Pro Se, to respectfully petition this Honorable Court for Preliminary Injunction for Immediate Relief[s] from his Current Arbitrary Imprisonment at SCI Greene, Waynesburg, Pennsylvania 15370-8090, as follows:

## INTRODUCTION

*" This court [ RANGOS ] is constrained defendant [ PHILLIP REHWALD ] is entitled to the relief requested "* 1

quote by: Judge Jill E. RANGOS

&

*" Mr. Rehwald has spent enough time in incarceration "* 2

quote by: MOVANT'S [ former ] *"embattled "* ( ousted ) Judge Donna Jo McDaniel

---

**1** J. Jill E. RANGOS' conceding statement in TCO of May 24, 2021 ( See: ECF ) regarding MOVANT's meritorious claim[s] for relief[s] , prior to her ambivolent, improper dismissal[s] of TWO ( 2 ) P.C.R.A. [s] - both without petitioned Bronough Evidentiary Hearing[s].

**2** J. Donna Jo McDaniel ( MOVANT'S initial Judge at CC: CP-02-CR-0006354-2015 ) statement at July 11, 2021 SOC REVIEW HEARING TRANSCRIPT T.T. p5, L4 + L5 ( See: ECF )

# ARGUMENT

MOVANT's *Non*-curable Habeas Corpus claim is declared an " Absolute Nullity " ( " Dead-head " - *caput mortuum* ) as " The HIGHEST [ judicial ] irregularity and such a defect " to wit: " Bad Faith " US CONST 14th Amend't Due Process Practice oppressively wielded by Judge Jill E. Rangos being both grave and unreasonable, with Gagnon 1 Preliminary Hearing deprivation occurring within August 5, 2019's non-waivable Illegal VOP Sentence, as follows:

J. Rangos wantonly and wrecklessly never afforded MOVANT *no-not-one* SCOTUS Criminal Law § 110.5 ( 3 ) Gagnon 1 Preliminary Hearing for TWO ( 2 ) Illegal Detainer[s] at Allegheny County Jail, and that, after TWO HUNDRED TEN ( 210 ) Prejudicial day[s] Incarceration, violative of both Pa RULE 600 ( B ) ( max 180 days ) & Pa R. Cr. P. 1409 ( governing probation revocation ) - still warranting Case Dismissal, pusuant to Strunk US & Lynn, Pa .

See ECF[s] > *Record-Based Evidence*: APPENDIX A ( Exhibit B2 ) timely filed at first opportunity in RE: CC:CP-02-CR-0006354 time-date stamped: "2019 APR 11 PM 3:30"; Exhibit B4 ( Illegal Detainer # 1 of 2 ) ; & EXHIBIT D4 ( Illegal Detainer # 2 of 2 ) in RE: # 994-WDA-2022 Pa Super - W.D. that was Consolidated into MOVANT's No. : 30-WM-2023, SCOPA 2023 ( pending " Writ For Extraordinary Relief" ) NOTE: Ultra Vires [ VOID ] MEMORANDUM issued by Pa Super at # 994-WDA-2022 was entered with NO JURISDICTION due to Superceded above-stated Writ , also as grave and unreasonable [ declared ] " Absolute Nullitiy " judicial error.

THEREFORE, Plaintiff[s] claims mourning their mere " perfunctory " Gagnon 1 hearings ranging between 1 to 10 minutes *utterly pales* in comparison to MOVANT's absolutely NO Gagnon 1 HEARINg *what-so-ever*.

CONCLUSION: MOVANT respectfully petitions this Honorable Court respectfully ISSUE Preliminary Injunction Relief affording him with " Immedaite Discharge " , pursuant to Wilson V. Hoerner 3RD CIR, ( 2016 ) ( holding No Gagnon 1 Preliminary Hearing ) ; and        " Expungement of Record " , pursuant to Scarpelli V. Gagnon, 7C, 1970 ( holding No Gagnon 1 Preliminary Hearing ) & Hahn V. Burke 7C 1970 ( holding No Gagnon 1 Preliminary Hearing )

AND/OR GRANT any additional reliefs this Honorable Court deems appropriate .

Respectfully submitted,

x _____

PHILLIP REHWALD # NX 8693

175 Progress Drive

Waynesburg, Pa. 15370-8090                    page 2 of 2, P.R.

# VERIFICATION

I, _____PHILLIP REHWALD_____, do hereby verify tha the statements made

herein are true and correct to the best of my knowledge and belief. I understand

that making false statements herein are made subject to the penalties of

**18 Pa.C.S.A. § 4904**, relating to unsworn falsifications to authorities.

Date: ___6-16-23___

_____Phillip Rehl_____
_____PHILLIP REHWALD_____

DOC# __NX8693__
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access

Policy of the United Judicial System of Pennsylvania: Case Records of the

Appellate and Trial Courts* that require filing confidential information and

documents differently than non-confidential information and records, in

accordance with **Pa.R.A.P. Rule 127**.

_____Phillip Rehwald_____
_____PHILLIP REHWALD_____
Petitioner, Pro Se

## PROOF OF SERVICE

I, __PHILLIP REHWALD__, do hereby certify that I have served true and correct copy of the foregoing Petition / Motion / Brief, to the parties and in the manner listed below. This service satisfies the requirements of the Pa.R.Crim.P. 576 and 577. This service also satisfies the requirements of the Prisoner's Mailbox Act; *Commonwealth v. Jones*, 700 A.2d 423 (1997), and *Houston v. Lack*, 487 US 266, 108 S.Ct. 2379 (1988).

Service by First Class Mail:

USDC-WD
700 Grant St
Rm 3160
Pgh, PA 15219-1906

Date: 6-16-23

_PHILLIP REHWALD_

DOC # NX8693
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370