Smart Communications/PADOC
SCI- Phoenix
Name Phillip Polander
Number NX8643

PO Box 33028
St Petersburg FL 33733

PA DEPT OF
CORRECTIONS
INMATE MAIL



US POSTAGE ~PITNEY BOWES
ZIP 15370
02 4W
0000383425 JUN 20 2023
$ 000.60⁰

Att'n: [CLERK]

c/o US-DC-W.D.
700 Grant St.
Rm 3110
Pgh, PA 15219-1906

Via Prisoner Mail Box Rule on 6-16-23 (PRS)
Motion for Prelim. Injunction + Memo To Jeffrey Briefs (due 6-2-24)

15219215957 0064