IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, et al., | )<br>)<br>) |
| Plaintiffs | )<br>)  22-CV-1391-NR<br>) |
| v. | )<br>)<br>) |
| JILL RANGOS, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

**AND NOW**, this **21st day of February, 2024**, in accordance with the foregoing Memorandum Opinion,

**IT IS HEREBY ORDERED** that summary judgment is **ENTERED** in favor of Defendants on Counts I and II of Plaintiffs' complaint (ECF 1). Further, the Court declines to exercise supplemental jurisdiction over Counts III and IV of Plaintiffs' complaint pursuant to 28 U.S.C. § 1367. As such, Counts III and IV are **DISMISSED** without prejudice.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge