UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1325
_____

DION HORTON; DAMON JONES; CRAIG BROWNLEE; RAHDNEE ODEN-PRITCHETT; TATE STANFORD; ELIJAH BRONAUGH, individually and on behalf of a class of similarly situated persons,

Appellants

v.

ADMINISTRATIVE JUDGE JILL RANGOS, in her official capacity; FRANK SCHERER, DIRECTOR OF ADULT PROBATION AND PAROLE, in his official capacity; ANTHONY M. MARIANI, COURT OF COMMON PLEAS JUDGE; KELLY BIGLEY, COURT OF COMMON PLEAS JUDGE, in their official and individual capacities; CHARLENE CHRISTMAS, PROBATION HEARING OFFICER; ROBERT O'BRIEN, PROBATION HEARING OFFICER; STEPHEN ESSWEIN, PROBATION HEARING OFFICER; RENAWN HARRIS, PROBATION HEARING OFFICER, in their official and individual capacities; WARDEN OF ALLEGHENY COUNTY JAIL

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2:22-cv-01391)
District Judge: Honorable J. Nicholas Ranjan

_____

Argued: February 19, 2025

Before: CHAGARES, *Chief Judge*, and BIBAS and RENDELL, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from the U.S. District Court for the Western District of Pennsylvania and was argued on February 19, 2025.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on February 21, 2024, is hereby **AFFIRMED IN PART AND**

**REVERSED AND REMANDED IN PART**. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 2, 2025