## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION HORTON, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 22-cv-1391 |
| JILL RANGOS, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's May 28, 2025 Order (ECF Doc. No. 164), the Parties, by and through their undersigned counsel, hereby submit this Joint Status Report. Counsel for Plaintiffs informed counsel for Defendants that Plaintiffs intend to seek certiorari in the United States Supreme Court on the question of whether due process requires a suitability-for-release determination before extended detention until a probation revocation hearing. Plaintiffs stated their position that, in light of their intention to seek certiorari, they believe trial court proceedings should be stayed so that discovery and further litigation can proceed with full knowledge of what the claims are in this case. Counsel for all Defendants stated that they do not object to a stay of proceedings while Plaintiffs' cert petition is pending.

Accordingly, Plaintiffs propose that this Court enter a stay of proceedings to be lifted either upon the Supreme Court's denial of certiorari or upon a decision by the Supreme Court on the merits of their claim and that the Parties reserve discussion of the questions posed by this Court in its order until the stay has been lifted.

Dated: June 4, 2025

Respectfully submitted,

/s/ Katherine Hubbard

Katherine Hubbard (D.C. 1500503)*
katherine@civilrightscorps.org
Leonard J. Laurenceau (Fla. 106987)*
leo@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Phone: (202) 894-6132

Dolly Prabhu (PA 328999)
dprabhu@alcenter.org
Jaclyn Kurin (D.C. 1600719)*
jkurin@alcenter.org
Bret Grote (PA 317273)
bretgrote@abolitionistlawcenter.org
ABOLITIONIST LAW CENTER
PO Box 8654
Pittsburgh, PA 15221
412-654-9070

* Appearing *pro hac vice* in accordance with Local
Rule LCvR 83.2(B)


/s/ John A. Bacharach
John A. Bacharach
Assistant County Solicitor
Pa. I.D. #19665

ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1053
John.Bacharach@alleghenycounty.us

/s/ Dennis Biondo, Jr.
 Dennis Biondo, Jr.
Assistant County Solicitor

Pa. I.D. #307908

ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1053
 dennis.biondojr@alleghenycounty.us

**s/ *Nicole Feigenbaum*** _____
NICOLE FEIGENBAUM, ESQUIRE
Attorney I.D. PA 319765
MICHAEL DALEY, ESQUIRE
Attorney I.D. PA 77212
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486