**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DION HORTON, et al. | : | |
| | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 22-cv-1391 |
| v. | : | |
| | : | |
| JILL RANGOS, et al. | : | |
| | : | |
| *Defendants* | : | |

**Defendants the Honorable Jill Rangos, Administrative Judge, Frank
Scherer, Director of Adult Probation and Parole, the Honorable Kelly
Bigley, Charlene Christmas (in their official capacity only), Robert O'Brien
(in their official capacity only), Stephen Esswein (in their official capacity
only), and Renawn Harris (in their official capacity only)
Renewed Motion for Reconsideration of the Court's
<u>April 14, 2023, Order (Doc. 104) Under Fed.R.Civ.P. 59(e)</u>**

Defendants the Honorable Jill Rangos, Administrative Judge, Frank Scherer,

Director of Adult Probation and Parole, the Honorable Kelly Bigley, Charlene

Christmas (in their official capacity only), Robert O'Brien (in their official capacity

only), Stephen Esswein (in their official capacity only), and Renawn Harris (in their

official capacity only) ("Judicial Defendants") move for reconsideration of the April

14, 2023, Order (Doc. 104) for the following reasons set forth more fully in the

accompanying Brief:

1.    Immunity issues must be decided at the earliest possible stage.

2.    The threshold issue of whether a *Gagnon* I hearing requires a

determination only about whether a probationer violated their probation or also a

bail-like determination should be decided as it is a core issue in this case.

**WHEREFORE**, Judicial Defendants respectfully request that this Honorable Court reconsider its April 14, 2023, Order.

Respectfully submitted,

s/ *Jennifer Hope*
JENNIFER L. HOPE, ESQUIRE
Attorney I.D. PA 205999
NICOLE FEIGENBAUM, ESQUIRE
Attorney I.D. PA 319765
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486